Nos. 274 and 275.   North Coast Transportation Co. et al. *v.* United States et al.

October 9, 1944.   *Per Curiam:* In No. 274 the appeal is dismissed.   *Hudson & Manhattan R. Co.* v. *Jersey City,* 321 U. S. 755, and cases cited.   In No. 275 the motions to affirm are granted and the judgment is affirmed.   (1) *Chesapeake & Ohio R. Co.* v. *United States,* 283 U. S. 35, 42; (2) *United States* v. *Baltimore & Ohio R. Co.,* 293 U. S. 454, 465; (3) *Interstate Commerce Commission* v. *Jersey City,* 322 U. S. 503.   *Messrs. John O. Moran, Frederick W. Mielke, Ferd J. Schaaf,* and *Fred C. Dorsey* for appellants.   *Solicitor General Fahy, Messrs. Daniel W. Knowlton, Frank J. Hennessy,* and *Nelson Thomas* for the United States et al., *Mr. Arthur H. Glanz* for the West Coast Bus Lines, Ltd., and *Messrs. Jonathan C. Gibson* and *Russell B. James* for the National Trailways System et al., appellees.

No. 401.   Thornton *v.* Mississippi.

October 9, 1944.   *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied.   *Mr. Forrest B. Jackson* for appellant.